UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| APRIL STIMSON, | 2:17-CV-13458-TGB-DRG |
| Plaintiff, | HON. TERRENCE G. BERG |
| vs. | |
| NANCY BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## **JUDGMENT**

In accordance with this Court's December 28, 2018 Order accepting and adopting Magistrate Judge David R. Grand's Report and Recommendation, denying the Defendant Acting Commissioner of Social Security's Motion for Summary Judgment, granting Plaintiff April Stimson's Motion for Summary Judgment to the extent it sought remand and denying her motion to the extent it sought an award of benefits (ECF No. 25);

It is ORDERED AND ADJUDGED that the case be remanded to the Administrative Law Judge as provided by 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Grand's Report and Recommendation.

Dated at Detroit, Michigan:  January 25, 2019

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                        s/H. Monda
                        Case Manager and Deputy Clerk, in the absence of A. Chubb

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE